Suzanne Toller (CA State Bar No. 129903)
Joseph Addiego (CA State Bar No. 169522)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: suzannetoller@dwt.com
joeaddiego@dwt.com

Attorneys for Defendant XO Communications Services, Inc.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PACIFIC BELL TELEPHONE COMPANY d/b/a AT&T CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL R. PEEVEY, TIMOTHY ALAN SIMON, MIKE FLORIO, and CATHERINE, J.K. SANDOVAL, IN THEIR OFFICIAL CAPACITIES AS COMMISSIONERS OF THE CALIFORNIA PUBLIC UTILITIES COMMISSION, AND NOT AS INDIVIDUALS, and XO COMMUNICATIONS SERVICES, INC.,<br><br>Defendant. | Case No. CV 11-0970 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO HOLD CASE IN ABEYANCE AND CONTINUE ALL PENDING DEADLINES AND INITIAL CASE MANAGEMENT CONFERENCE PENDING FURTHER ACTION FROM THE CALIFORNIA PUBLIC UTILITIES COMMISSION**<br><br>**[Civil L.R. 6-1(b) and 6-2]**<br><br>**Trial Date: None** |

Pursuant to Civil Local Rules 6-1(b) and 6-2 of the United States District Court for the Northern District of California and Standing Order 4 of the Honorable Charles R. Breyer, it is hereby stipulated by and among Plaintiff Pacific Bell Company d/b/a AT&T California ("AT&T") and Defendants, Michael R. Peevey, Timothy Alan Simon, Mike Florio, Catherine J.K. Sandoval, in their official capacities as Commissioners of the California Public Utilities Commission ("CPUC"), and XO Communications Services, Inc. ("XO") (collectively the "Parties"), by and through their respective counsel or record, as follows:

1. This case shall be held in abeyance for a period of 120 days from May 6, 2011 in

1

order to give the CPUC an opportunity to rule on AT&T's Application For Rehearing pending in the underlying CPUC docket, as described *infra*.

2. The Parties have reason to believe that the CPUC likely will act upon AT&T's pending request for rehearing of CPUC Decision (D.)10-07-005 within the next ninety (90) days, possibly as soon as June 23, 2011. Resolution of that rehearing request could alter the posture of the Parties in this proceeding and benefit the Court and parties in their analysis of the issues in dispute.

3. In consideration of these developments, the Parties agree that holding this action in abeyance for a limited period of time is prudent.

4. Pursuant to this stipulated period of abeyance, all of the Parties' respective rights shall be preserved for the 120 day abeyance period, including but not limited to the right of defendants CPUC and XO to answer or otherwise respond to AT&T's Complaint.

5. This Stipulation would alter certain preliminary deadlines established by this Court, including the obligation to meet and confer to discuss preliminary case management and scheduling issues, as well as the obligation to file a Joint Case Management Statement in advance of the Case Management Conference currently scheduled for June 24, 2011. For this reason, the Parties stipulate and request of this Court that all of the following dates and deadlines be extended as follows:

   a. The May 6, 2011 deadline for Defendants CPUC and XO to answer or otherwise respond to AT&T's Complaint shall be extended to September 6, 2011.

   b. The Initial Case Management Conference scheduled for Friday, June 24, 2011 shall be continued to Friday, October 21, 2011 at 8:30 a.m. in Courtroom 8, 19th Floor, 450 Golden Gate Avenue, San Francisco, California, or as soon thereafter as is convenient for the Court.

   c. The May 25, 2011 deadline for lead trial counsel to meet and confer in advance of the Initial Case Management Conference, as required by this Court's March 17, 2011 Order Setting Case Management Conference, shall be continued to September 21, 2011.

   d. The June 17 deadline for the Parties to file a Joint Case Management

DAVIS WRIGHT TREMAINE LLP

1  Statement shall be continued to October 14, 2011.

2        e.  The June 2, 2011 deadline for the Parties to do the following shall be
3  continued to September 30, 2011:

4          i.  meet and confer re: early settlement, ADR process selection, and
5  discovery plan;

6          ii.  file ADR Certification signed by Parties and Counsel;

7          iii.  file either Stipulation to ADR Process or Notices of Need for ADR
8  Phone Conference.

9      This is the first stipulated time modification in this case, as set forth *supra*. No trial date
10 has been set, so this extension will not require that a trial date be rescheduled, but it will require
11 that the Initial Case Management Conference and related deadlines be rescheduled, as set forth
12 *supra*.

13     Pursuant to Section X of Northern District of California General Order 45, counsel for
14 Defendant XO attests that it has obtained concurrence in the filing of this document from Mr.
15 David Discher, counsel for Plaintiff AT&T, and Ms. Laura Gasser, counsel for CPUC, on April
16 27, 2011.

17     IT IS SO STIPULATED.

18     DATED this 27th day of April 2011.    DAVIS WRIGHT TREMAINE LLP

By: _____/s/_____
    Joseph E. Addiego III
Attorneys for Defendant XO Communications Services, Inc.

CALIFORNIA PUBLIC UTILITIES COMMISSION

By: _____/s/_____
    Laura Gasser
Attorneys for Defendant California Public Utilities Commissioners Peevey, Simon, Florio, and Sandoval

PACIFIC BELL TELEPHONE COMPANY, d/b/a AT&T CALIFORNIA

By: _____/s/_____
    David Discher
Attorneys for Plaintiff Pacific Bell Telephone Company, d/b/a AT&T California

3

STIPULATION AND ORDER FOR ABEYANCE AND CONTINUANCE ALL DEADLINES AND CMC
Case No. CV 11-0970 CRB                            DWT 16910042v2 0038936-001203

DAVIS WRIGHT TREMAINE LLP

**ORDER**

Pursuant to stipulation, the foregoing is approved and IT IS SO ORDERED.

IT IS FURTHER ORDERED that the June 24, 2011, Initial Case Management Conference shall be rescheduled to October 21, 2011, at 8:30 a.m. in Courtroom 8, 19th Floor, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED: April __26_, 2011.



_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR ABEYANCE AND CONTINUANCE ALL DEADLINES AND CMC
Case No. CV 11-0970 CRB                                          DWT 16910042v2 0038936-001203